.
judges: Graber, Murguia, Bennett